# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2418 _____ & TITLE - IN RE: PLAVIX PRODUCT LIABILITY AND MARKETING ⊞

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

## PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):

PLAINTIFFS - See attached Exhibit 1

## SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

See attached Exhibit 2

************************************************

    In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| October 22, 2012 | _____ |
|---|---|
| Date | Signature of Attorney or Designee |

## Name and Address of Designated Attorney:

Mark E. Burton, Jr., CA SBN 178400, Hersh & Hersh, 601 Van Ness Ave., Ste 2080, San Francisco, CA 94102

Telephone No.: 415-441-5544          Fax No.: 415-441-7586

Email Address: mburton@hershlaw.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**EXHIBIT 1**

EXHIBIT 1

PLAINTIFFS IN USDC ND OF CA 3:12-CV-04615 EMC

WAUNETA RAYNOR;
FELISHA GIBSON;
AUDREY CLAYTON;
GEORGE DERDAK;
VIOLA EDITH COWLES;
SAMUEL IRELAND, JR.;
NELSON HEFLIN;
BETTY ANN TUCKER;
ROBERT TUCKER, individually, and as
successor-in-interest on behalf of the Estate
of CHARLES TUCKER;
MARIA DIAZ, individually, and as
successor-in-interest on behalf of the Estate
of REYMUNDO DIAZ;
WALTER KEHLER;
KENNETH TESSMER;
LOUIS WIMER;
FRANCES NICHOLSON;
LILLIE HOLMES;
SALLIE CONNOR;
ROGER DORFF;
MARIE OPATZ;
SHARON TOLBERT-GLOVER;
STANLEY BILLINGSLEA;
JAMES MATTHEWS;
CELLESTINE SCHULL;
IONE ROSE MARSHALL;
JANICE COVERSTON, individually, and
as successor-in-interest on behalf of the
Estate of JAMES COVERSTON;
SHIRLEY HOLUB, individually, and as
successor-in-interest on behalf of the Estate
of LUVERNA ELSIE WHITE;
LEROY BICZKOWSKI;
WENDY BARNICK, individually, and as
successor-in-interest on behalf of the Estate
of BERNARD MIEDEMA;

YVONNE CASSERLY, individually, and as
successor-in-interest on behalf of the Estate
of MURRAY CASSERLY;
STEVEN PEPIN;
ELZA ALVIN REED;
MARTHA STEINMAN, individually, and
as successor-in-interest on behalf of the
Estate of CHARLES STEINMAN;
JOHN BRADLEY, individually, and as
successor-in-interest on behalf of the Estate
of ERMA BRADLEY;
BARBARA NIXON;
CLYDE WOODWORTH;
BARRIE MASON;
CAROLYN LOGSTON;
HELEN SOWERS;
KATHY DAYTON;
HAROLD HUTCHINGS;
TERRY STEVENS, individually, and as
successor-in-interest on behalf of the Estate
of ASA STEVENS;
RONALD ANZALONE;
LEO TESTERMAN;
JACQUELINE EARL;
DAVID WYLIE;
AUBREY HINEMAN;
ALFRED HORTON;
ANGELA MOUNT;
ALTA PEARL REED, individually, and as
successor-in-interest on behalf of the Estate
of HAROLD VERNON REED;
JIMMY HAROLD MOORE;
JAMES RICKIE MITCHELL;
EARL STANLEY WAELTZ;
VIRGINIA JARRELL;
BETTY COLLEN BROWN;
GAYLON WATSON;

JANIE CLICK, individually, and as
successor-in-interest on behalf of the Estate
of ROBERT CLICK;
STANLEY SCHMITT;
WILLIAM DUNCAN;
IRMA JENKINS;
SHIRLEY THREADGILL;
OPEL WILLIAMS, individually, and as
successor-in-interest on behalf of the Estate
of OPAL JACKSON;
EVELYN ARRINGTON;
JOHN COOK;
JAY PARMEGIANI, individually, and as
successor-in-interest on behalf of the Estate
of GWENDOLYN PARMEGIANI;

ALMA HARVEY, individually, and as
successor-in-interest on behalf of the Estate
of FANNI BURGESS;
CALVIN MCCOWN, JR.;
CHARLES SIMS;
KENNETH EARL SMITH;
ROY SINGLETON;
PERCY BLACKMON;
JOSIE HUDSON;
LESTE JONES;
JO ANN HOGGATT;
WILLIE ASHMORE, JR.;
MARGURITA HAWKINS, individually,
and as successor-in-interest on behalf of the
Estate of GUY HAWKINS;
THOMAS COLEMAN

PLAINTIFFS IN USDC ND OF CA 3:12-CV-04616 EMC

GEORGE ROBINSON;
JEANNIE ARD;
ROBERT HIGDON;
TERRI SNYDER JACKSON, individually,
and as successor-in-interest on behalf of the
Estate of CAROLYN SNYDER;
KEITH JOHN FARLEY;
SUSAN CHAPMAN, individually, and as
successor-in-interest on behalf of the Estate
of LARRY STEVE CHAPMAN;
SHELBY DELLINGER;
DONALD DILDAY;
PETER BASSETT;
ROSE MCNEIL;
DOROTHY WADDELL;
ROBERT JOHN REIS;
SHIRLEY WASHINGTON;
WILLIAM KIRKPATRICK;
HELEN GRAINGER;
MELISSA DAWN WOOD;
ELEM DUDLEY;
RITA COLLINS;
PATTI ALMANZA;
VICKIE NELSON;
DAVID WARD;

LEEILLER SMITH;
WALTER LEE WOOTEN;
MARTHA BONESTEEL;
CHESTER HEARN;
DALE MASTERS;
DANIEL MORGAN;
MARIE PABIAN;
HOWARD WILSON;
IGOR MOSENKIS;
FRANCIS ARCHAMBEAULT;
LUCIANO LUEDER;
JAMES FOSTER;
ANGELO AMEROSE;
DOROTHY FINCH, individually, and as
successor-in-interest on behalf of the Estate
of WILLIAM FINCH;
BARBARA CHANIS, individually, and as
successor-in-interest on behalf of the Estate
of STANLEY CHANIS;
ANTHONY CISCO;
STEVI THOMPSON;
JAMES ROPER, individually, and as
successor-in-interest on behalf of the Estate
of CAROL ANN ROPER;
WILLIAM POLLOCK;

WILLIAM COLBERT, individually, and as
successor-in-interest on behalf of the Estate
of SUK HUI COLBERT;
ERMA HOBDY;
PEGGY REEDER;
JEFFREY CHARLES MERRITT;
JAMI MCDANIEL YOUNGBLOOD;
BETTY SEVERNS;
MAZIE COLLINS, individually, and as
successor-in-interest on behalf of the Estate
of PATRICK COLLINS;
LUIS MONTERO;
STEWART MERRITT;
SALLY TASSONE;
RICHARD GROSS;
SHERYL CONNER, individually, and as
successor-in-interest on behalf of the Estate
of DAVID CONNER;
THERESA HARRIS;
BAGDASAR BAGDASARIAN;
LARRY MURRAY;
HOWARD EVANS;
JULLIAN WINOKER, individually, and as
successor-in-interest on behalf of the Estate
of JEFFREY SPITALNIK;

TOM GRACHEK;
BRENDA MATESIC-LITTLE,
individually, and as successor-in-interest on
behalf of the Estate of VIRGINIA
MATESIC;
CHARLES CRAWFORD;
KRIS COURTNEY;
BRUCE FEAGINS;
MYRA JONES;
DIANA ASH;
DAISIE JONES;
RON FEIMAN;
WILMA PALMER-JOSEPH;
WALTER SHARP;
PATRICIA COY;
LULA WILSON;
ELEANOR BUSCH;
RICHARD GOODRUM, individually, and
as successor-in-interest on behalf of the
Estate of NITA GOODRUM;
MENGESTU DEJENE, individually, and as
successor-in-interest on behalf of the Estate
of LOLITA DEJENE

PLAINTIFFS IN USDC ND OF CA 3:12-CV-04617 EMC

IRIS MEEKS;
RICHARD MANN;
BRUCE MILLER;
WANDA DUKE;
PHYLLIS KINTZ, individually, and as
successor-in-interest on behalf of the Estate
of THOMAS KINTZ;
KAREN OGDEN, individually, and as
successor-in-interest on behalf of the Estate
of DOLORES LITTLE;
LUCINDA HENSON;
FRED TATE, JR.;
KATHALEEN JONES, individually, and as
successor-in-interest on behalf of the Estate
of DIANNA JONES;
DARRELL PENENNELL;

PAULA VAN SLYKE, individually, and as
successor-in-interest on behalf of the Estate
of ALBERT VAN SLYKE;
SUSIE GONZALEZ;
MARY MCMAHAN, individually, and as
successor-in-interest on behalf of the Estate
of MARILYN MEEHAN;
KENNETH EVANS;
ELIZABETH PALMER;
JOHN HOPE;
ALTHERIA GRIFFIN;
MELINDA CANTRALL, individually, and
as successor-in-interest on behalf of the
Estate of JEAN CANTRELL;
JOANANNE TERWILLIGER;
CALVIN SCHRA;

GLENN WRESTLER, SR.;
JULIDA HELTON;
BARBARA ELLIOTT;
ADA MOORE;
MARCELLA BUCK;
SYLVIA PACKER;
JOHN WILKERSON;
STEVEN MESSER;
GLENN PARDON;
SAMMY RETTON, individually, and as
successor-in-interest on behalf of the Estate
of STEPHEN RETTON;
ROBIN KAY ADKINS;
CAROL ROTH, individually, and as
successor-in-interest on behalf of the Estate
of DOROTHY PORTER;
HAROLD BENTLEY, individually, and as
successor-in-interest on behalf of the Estate
of HEIDA SLONE BENTLEY;
EDWARD PHILLIPS;
MARY ALICE BOWLES, individually, and
as successor-in-interest on behalf of the
Estate of RALPH BOWLES;
WILLIAM THOMPSON;
LAVETTE SHEROD JACOBS;
RICHARD CUZICK;
HENRY BAKER;
VIRGINIA CROUCH;
AMY BALLARD;
NANNIE MAY MCCOY;
ROBERT MOORE;
DONALD RAY BEGLEY;
REGINA SHORT;
PATRICIA SHADOAN;
HENRY LEVI WEST;
VERL SOWDER, SR.;
CHARLES GASS;
OAKLEY JOSEPH;
JUNE WIGGLESWORTH;

MARGIE MELCHER;
JOHN NUNAN;
MARY CONRAD;
PAUL ABRAMS, individually, and as
successor-in-interest on behalf of the Estate
of BRUCE ABRAMS;
TERESA HENSON, individually, and as
successor-in-interest on behalf of the Estate
of ETHEL HENSON;
GLORIA NEWTON;
GREGORY DOBBINS;
RALPH GIGLIO;
SHIRLEY TREAUDO;
BETTY TUCKER;
ALEXANDER BOWMAN;
DELORES WAGGONER;
HERBERT GORDON;
ROSE MAY ROY;
PAULINE BOUDREAUX;
BRIDGET DINVAUT, individually, and as
successor-in-interest on behalf of the Estate
of RUDOLPH DINVAUT;
FERN DAVID, individually, and as
successor-in-interest on behalf of the Estate
of NOLAN DAVID;
JUANITA KILGORE, individually, and as
successor-in-interest on behalf of the Estate
of NELLIE CRAWFORD;
RICHARD FAULKNER;
JAMES WILKES;
JAMES PETERS;
DONNA DANIELS, individually, and as
successor-in-interest on behalf of the Estate
of DOROTHY THOMPSON;
FREDERICK WILLIAMS;
BETTY MARSHALL, individually, and as
successor-in-interest on behalf of the Estate
of CHARLES MARSHALL

PLAINTIFFS IN USDC ND OF CA 3:12-CV-04619 EMC

JACK MORGAN OLMSTEAD;
PATRICIA NASON;

KIRBY SMITH;
BOB GOGLIETTINO;

JANE REGAN, individually, and as
successor-in-interest on behalf of the Estate
of FRANCIS REGAN;
SAMUEL METZ, SR.;
DELORES LATHAN;
SUSAN SHOEMAKER;
BONNIE HOYLE, individually, and as
successor-in-interest on behalf of the Estate
of EUGENE HOYLE;
LOIS REID-GAYLE;
EVIE GUY;
LUCINDA FRANGIAMORE, individually,
and as successor-in-interest on behalf of the
Estate of GEORGE FRANGIAMORE;
VERDIE HARRINGTON;
BERTA LEE;
DENISE GLENN, individually, and as
successor-in-interest on behalf of the Estate
of MERLE IRELAND;
WILLIAM HOMSANY;
GEORGE NOCKE;
DIANNE PLANTS;
JOSEPH MORABITO;
JOSEPH EDWARD MARINACCI, SR.;
MICHAEL LYNNE MAYO;
EUGENE PYLES;
JERRY DAY;
IRWIN BAYARSKY;
BENJAMIN ALLICOCK;
ELAINE BONNER;
CATHERINE EALY SIMON, individually,
and as successor-in-interest on behalf of the
Estate of CHARLES SIMON;
RICHARD BOHLE;
JOAN CURI;
CHARLOTTE PATTERSON, individually,
and as successor-in-interest on behalf of the
Estate of EDWARD PATTERSON;
MARKIVA GRANT, individually, and as
successor-in-interest on behalf of the Estate
of GALE GRANT;
JAMES NAPIER;
JOHN JOHNSON;

EDWARD WILLIAMS, individually, and as
successor-in-interest on behalf of the Estate
of KATHLEEN WILLIAMS;
VIRGINIA GALLOWAY;
ANNIE CALHOUN;
SHERON CAVANAUGH;
MICHAEL KINGSBURY;
ALEX BROWN;
DONALD STATON;
BETTY RICHARDSON, individually, and
as successor-in-interest on behalf of the
Estate of JERRY WELDON
RICHARDSON;
MAROLYN WRIGHT;
DEWEY TEAL;
VIRGINIA DAVIS;
ROGER BOWEN, SR.;
JOHN HARDEN, III, individually, and as
successor-in-interest on behalf of the Estate
of JOHN HARDEN, JR.;
JAKE TYRE;
FRANCES YOUNG, individually, and as
successor-in-interest on behalf of the Estate
of RONALD YOUNG;
DANIEL ALTON;
DAWNA DALE;
DOUGLAS PAULSEN;
PATRICIA BECK;
RUTH KILBURN;
JEANNE JONES;
JARELD SHILLING;
CARLA WILLIAMS, individually, and as
successor-in-interest on behalf of the Estate
of CLYDE LARRY WILLIAMS;
KATHERINE SELL;
JOHN MAJEWSKI;
ROGER SCHULTZ;
KAREN TIPTON, individually, and as
successor-in-interest on behalf of the Estate
of MINERVA ETHEL TIPTON;
ROBERT EDWARD FEARS;
ROY GORDON;
JUDY HOLFORD;
ANNA GALLOWAY;

ANTHONY BLAND;
LONNIE SHOEMAKER;
EDWIN HUMAN;
KATHERINE HERNANDEZ;
KELLY COMBONI;
ROBERT LEE;
TIMOTHY MARLER;

ELSIE HAYS, individually, and as
successor-in-interest on behalf of the Estate
of LEONA BOLLINGER;
ROBERT MACIASZEK;
BETTY ROLAND;
GLORIA COAKLEY

PLAINTIFFS IN USDC ND OF CA 3:12-CV-04633 EMC

GEORGE DILLARD;
LINDA BRIDGE;TANA GILBERT,
individually, and as successor-in-interest on
behalf of the Estate of DONNA BEASLEY;
PATRICIA HOBBS, individually, and as
successor-in-interest on behalf of the Estate
of CLINTON VAULTZ;
NETTIE LONG;
MARY ALICE JONES;
MARY LEWIS;
ELIZABETH SIEGEL;
GEORGE MILLAK, III, individually, and
as successor-in-interest on behalf of the
Estate of GEORGE MILLAK;
LONNY BREYMAN;
EVE DANIELS, individually, and as
successor-in-interest on behalf of the Estate
of RENA AARONSON;
HOLLY GENTRY;
TRUMAN CLARY;
MARY THOMAS;
JULIA DANIELS;
JAMES SWEENEY;
VICTORIA BEITIA;
GAIL BABCOCK;
KIRK WESCOE;
DONALD POHASKI;
RAYMOND TRIGLIA;
THERESA SIMONDS;
FELIZ GONZALEZ;
JAMES BELL;
NANCY PRESTON, individually, and as
successor-in-interest on behalf of the Estate
of CLIFFORD MERRITT;

PAUL OTT;
JAMES BAKER;
LAUREEN HEATH;
JANICE HOQUE;
MARIAN VAN EYK;
DORIS GAZAILLE;
CAROLYN LAPRAD;
WILLIAM COWICK;
SUSAN WILLIAMS;
JAMES BLOCKER;
SIDNEY CHRISTIAN;
ESTELL ANDERSON;
GARY COBB;
MAUDE MEADOWS;
SARA CARROLL;
DONNA STEPHENSON;
KEITH MARSHALL;
SHARON KORKOW;
LINDA SOWINSKI, individually, and as
successor-in-interest on behalf of the Estate
of ROBERT SOWINSKI;
BOBBY TERRY;
RICHARD COOK;
RUBY MOORE;
DELMA TAYLOR;
DREMA CRADDOCK, individually, and as
successor-in-interest on behalf of the Estate
of ARTHUR COX;KATHERINE MYLEK,
individually, and as successor-in-interest on
behalf of the Estate of RICHARD MYLEK;
LORETTA THACKER;
JESSICA EDWARDS;
FRANKLIN COLE;
BOBBY LEON SEARCY;

GLENNIE JOYNER;
MARY RIEZINGER;
MARILYN JONES;
GENE MYERS;
BARBARA MEND;
THELMA HOLLINGSWORTH;
GARY WAYNE WARD;
THOMAS PARKER;
ROBERT OSBORNE;
TODD ANDREWS;
BILLY WEST;
TOMMY KETCHAM;
WANDA BUNCH, individually, and as
successor-in-interest on behalf of the Estate
of LEROY BUNCH;

ROBERT MITCHELL, individually, and as
successor-in-interest on behalf of the Estate
of ROBERT E. MITCHELL;
JUDY BUSTAMANTE;
ERIC FONDRIEST;
ROSEMARIE WALSH, individually, and as
successor-in-interest on behalf of the Estate
of JOHN WALSH;
JEAN MONTGOMERY;
PATSY GIBSON;
CATHERINE SIMPSON;
YOLAND STAFFORD, individually, and as
successor-in-interest on behalf of the Estate
of MAGGIE SHAW;
BRENDA PIERCE

PLAINTIFFS IN USDC ND OF CA 3:12-CV-04641 EMC

VIRGIL WALDEN, JR.;
RONALD THOMPSON;
JAMES HERRING;
CONNIE COLEMAN;
ROBERT HENDRIX;
EDNA PARNELL, individually, and as
successor-in-interest on behalf of the Estate
of EDDIE ROBINSON;
MARY JOHNSON;
REBECCA TURMAN, individually, and as
successor-in-interest on behalf of the Estate
of CHARLES TURMAN;
ILA JORDAN, individually, and as
successor-in-interest on behalf of the Estate
of HAROLD JORDAN;
MELANIE ROBINSON;
ROBERT WEAVER;
WILLIAM THOMAS;
LAURA MURPHY;
TERESA LUNDY;
VICKIE STEWARD;
MAVIS SANDERS;
LEONA BYRD;
CECIL KELSEY;
ROSELLA WALKER;
CLIFFORD ABEL;

WILLY NIEDT, JR.;
HERLINDA MARTINEZ;
LILLIE BALDOVINO;
ROCHELLE BEGOUN, individually, and as
successor-in-interest on behalf of the Estate
of HARTLEY BEGOUN;
MARY EMIGH;
NORMAN JOHNSON;
NANCIE ROSSINOW;
JAMES LEE DALEY;
BEATRICE MILLS;
JOHN CRAWFORD, individually, and as
successor-in-interest on behalf of the Estate
of PAMELA CRAWFORD;
ANDREW HARRIS;
GEORGE RHYNEDANCE, III,
individually, and as successor-in-interest on
behalf of the Estate of NANCY
RHYNEDANCE;
DAVID SMITH, individually, and as
successor-in-interest on behalf of the Estate
of SANDRA SMITH;
JOHN TUCKER;
HARRIET BLYE;
ELAINE MADKINS;

LUCETTE BRENTON, individually, and as
successor-in-interest on behalf of the Estate
of CHARLES BRENTON;
WILLIAM KINSINGER;
WILLIAM METZGER;
SHOBNA DESAI, individually, and as
successor-in-interest on behalf of the Estate
of AMRISH DESAI;
MARSHA BATES;
CYNTHIA WALKER;
BARBARA PRINCE, individually, and as
successor-in-interest on behalf of the Estate
of GLORIA FROST;
CAROLYN JOHNSON;
LAWRENCE THOMPSON;
NANCY NEAL, individually, and as
successor-in-interest on behalf of the Estate
of JOHN NEAL;
WADE HAMPTON;
MARJORIE ANN BUELL;
JEFFRY SEATON;
LORI STALEY, individually, and as
successor-in-interest on behalf of the Estate
of BEN STALEY;
MARIA SEALS;
CLAUDIA SERVISS;
HAROLD LEON CRAIN, individually, and
as successor-in-interest on behalf of the
Estate of DONNA MARIE CRAIN;

KATIE JONES;
CHANDRA KISHOR;
RANDALL LOGSDON;
FRISCO MARSHBANKS, JR.;
ELDOR MICKELSON;
EUGENE RADZA;
BRUCE SEAVER;
RODNEY STEVENS, SR.;
NANCY LEE WARTHAN;
THOMAS BURKE;
PRISCILLA DAMANTE, individually, and
as successor-in-interest on behalf of the
Estate of SALVATORE DAMANTE;
JOHN HELLDORFER;
JUAN REYES;
SYLVIA LONG;
DONALD HODGES;
ALICIA GONZALEZ;
FRANCESCA HAWTHORNE,
individually, and as successor-in-interest on
behalf of the Estate of MARGOT
NICHOLS;
GRAHAM LELLIOTT;
ROBERT DOSIER;
ALICE HODES;
ROSEMARIE KESSLER-HAFER

PLAINTIFFS IN USDC ND OF CA 4:12-CV-04642 EMC

DAMON KALUZA, SR.;
SANTIAGO GARCIA;
LLOYD CASHION;
GEORGE HEARN;
LOIS GAINES;
ALBERTO GARCIA;
SHARRON GAIL HADEN;
CAROLYN GRAHAM, individually, and as
successor-in-interest on behalf of the Estate
of MARVIN EUGENE GRAHAM, SR.;

RODNEY WASHINGTON, individually,
and as successor-in-interest on behalf of the
Estate of JOHN WASHINGTON;
BILLIE DOUGLASS;
HARRY HOLLAND;
MARGIE HUCKABEE;
JERRY DON MASK;
JAMES RADKE, individually, and as
successor-in-interest on behalf of the Estate
of BETTY RADKE;

TAMARA ROWE, individually, and as
successor-in-interest on behalf of the Estate
of HELEN ELIZABETH ROWE;
GAIL VAUGHAN;
GLENN NELSON JENKINS;
HOYT LEON ALEXANDER;
JOSEPH DZIUBAK;
BOYCE GLENN;
RONDA HILLMAN;
MARGARET GINGLEWOOD;
ROBERT CHRISTIANSON;
ANITA RICHARDS;
WILLIAM CLIFFORD;
MARQUISE GARRETT, individually, and
as successor-in-interest on behalf of the
Estate of ABDUL MUHAMMAD;
LATONYA SAMUELS, individually, and
as successor-in-interest on behalf of the
Estate of ELRAY WISEMAN, JR.;
JOSEPH AGNELLI;
HARRY HAYES;
RAYMOND BERKE;
DEBRA COMER, individually, and as
successor-in-interest on behalf of the Estate
of WALTER GOODPASTER;
LAURETTA REEDY;
TREVELLE LUCAMBIO;
LUCIUS MCCAIN;
JOSEPH COLUCCI;
JOSEPHINE SHORTER;
MARIA FERGUSON, individually, and as
successor-in-interest on behalf of the Estate
of SYLVIA VOLTOLIN;
LEON WHITE;
JAMES CLOUSE;
JAMES STEPHEN SPRAKER;
JEFFREY ROHRER, individually, and as
successor-in-interest on behalf of the Estate
of DENISE ROHRER;
CLAUD EASTON, JR.;
JAMES DANIEL;
VIOLET BECKWITH, individually, and as
successor-in-interest on behalf of the Estate
of JOHN BECKWITH;

SHERRY BROWN;
MARGARET GEDDES;
DANIEL CRAIG;
ALICE MORRIS;
FREDRICK PERAZZO;
MARGUERITE GUSTAFSON;
MARY BECKER, individually, and as
successor-in-interest on behalf of the Estate
of JOHN HENRY BECKER, JR.;
RODERICK SHAUGHNESSY;
DORALD JAMES;
MARY WILLIAMS;
BERTHA ANN SMITH;
GAIL RAJCHEL, individually, and as
successor-in-interest on behalf of the Estate
of JOHN RAJCHEL;
GENEVIEVE STURN;
BRUCE HAMMONS, SR.;
LOUISE CONN;
HELEN DOROTHY FAHRENKRUG;
JENNIE DZIENNIK, individually, and as
successor-in-interest on behalf of the Estate
of JOHN DZIENNIK;
ETHEL KOCOUREK, individually, and as
successor-in-interest on behalf of the Estate
of RALPH KOCOUREK;
GERALDINE HATFIELD;
BRENDA ADAMS;
DANA HAMILTON;
VIRGINIA BREWER, individually, and as
successor-in-interest on behalf of the Estate
of JUANITA MORGAN;
MARY JEANNE KISBY, individually, and
as successor-in-interest on behalf of the
Estate of ELWOOD LEO KISBY;
JUDY FOGARTY, individually, and as
successor-in-interest on behalf of the Estate
of ROSS FOGARTY;
PAUL DADDARIO, individually, and as
successor-in-interest on behalf of the Estate
of PAUL DADDARIO, SR.

PLAINTIFFS IN USDC ND OF CA 3:12-CV-04803 EMC

VERTUS CORKERIN;
ANDREW HARRIS, individually, and as
successor-in-interest on behalf of the Estate
of EDNA HARRIS;
SUSAN STEWART, individually, and as
successor-in-interest on behalf of the Estate
of LUPE WILLIAMS;
BETTY CATE;
FELISHA OWENS;
JOHN M. LEMOINE, individually, and as
successor-in-interest on behalf of the Estate
of JOHN D. LEMOINE;
MARY SCHAWB;
SUSAN WILLIS, individually, and as
successor-in-interest on behalf of the Estate
of REGINA TANKERSLEY;
KEITH DOMINGUEZ;
JOHN PINEAU;
LOUIS CAYIA;
LACEY HOLTON;
LINDA STEWART, individually, and as
successor-in-interest on behalf of the Estate
of MYRTLE COOPER;
BETTY RUTH GRAGG;
PAULA HAGUE;
WILLIE BUTLER, JR.;
CHARLES ALLARD;
CLARENCE ZABOROWSKI;
VERNON MEDLOCK;
GREGORY MCDANIEL;
DENNIS OSTER;
MAGGIE BREWER;
STEVEN JACOBSON;
DAN MYERS;
PEARLIE SYKES, individually, and as
successor-in-interest on behalf of the Estate
of JACK SYKES;
DANIEL ROSS;
DONALD DADE;
DIANE SMITH;
ELVIN BOWMAN;

EARLINE BROWN;
SAM HALL;
CHARLES FRAZER;
RUTH COFFEY, individually, and as
successor-in-interest on behalf of the Estate
of SUSIE CANADY;
BARBARA KING;
HERMAN TURNER;
CHARLES ELLIS, individually, and as
successor-in-interest on behalf of the Estate
of RUBY ELLIS;
JIMMY MORRIS;
FRANCISCO LYNNOEL;
BERNARD CLARK;
HAL HORTON, individually, and as
successor-in-interest on behalf of the Estate
of HENRY HORTON, SR.;
JAMES WEGSCHEIDER;
BEVERLY RENNE;
JAMES HARWOOD;
CARL ROMANO;
ANDREW SUTOR;
EDWARD MURNANE;
DONNA THATCHER, individually, and as
successor-in-interest on behalf of the Estate
of JOHN THATCHER;
WILLIAM SMALLWOOD;
MARY FOSTER;
READIE SHELTON;
DOROTHY GIBSON;
LAURA SHAFFER, individually, and as
successor-in-interest on behalf of the Estate
of JASON SHAFFER;
MARGARET WEBB;
CLARA HATCHER;
FRANK UNGERLAND;
CLAIRE MCNEELY;
GEORGE MARCIN;
MARTHA FAIR;
ETHEL SMITH;
LUIS DAVILA;

GILBERT VEGA, individually, and as
successor-in-interest on behalf of the Estate
of GILBERTO VEGA-CAJIGAS;
IMOGENE MCFATRIDGE;
ANDREW EVANS;
JERRY BLOCKER;
CECIL HALE, SR.;
OTIS HALL;
VIRGINIA BURKE, individually, and as
successor-in-interest on behalf of the Estate
of SAM BURKE;
JAMES MOORE;
DAVID DIXON;
DELMER WHITE;
JOAN PAWLIK;
NOEL SMITH;
PATRICIA WILSON;
DOROTHY BELL;
PAM CARTER, individually, and as
successor-in-interest on behalf of the Estate
of MADELINE SHREWSBURY;
BARBARA LOWRY;
DELBERT AMOS;
JEFFREY NOBLE, individually, and as
successor-in-interest on behalf of the Estate
of ELGIE NOBLE

# EXHIBIT 2

EXHIBIT 2

USDC, Northern District of California
*Raynor, et al. v. Bristol-Myers Squibb, etc., et al.,* case no.:  3:12-cv-04615 EMC

USDC, Northern District of California
*Robinson, et al. v. Bristol-Myers Squibb, etc., et al.,* case no.:  3:12-cv-04616 EMC

USDC, Northern District of California
*Meeks, et al. v. Bristol-Myers Squibb, etc., et al.,* case no.:  3:12-cv-04617 EMC

USDC, Northern District of California
*Olmstead, et al. v. Bristol-Myers Squibb, etc., et al.,* case no.:  3:12-cv-04619 EMC

USDC, Northern District of California
*Dillard, et al. v. Bristol-Myers Squibb, etc., et al.,* case no.:  3:12-cv-04633 EMC

USDC, Northern District of California
*Walden, et al. v. Bristol-Myers Squibb, etc., et al.,* case no.:  3:12-cv-04641 EMC

USDC, Northern District of California
*Kaluza, et al. v. Bristol-Myers Squibb, etc., et al.,* case no.:  3:12-cv-04642 EMC

USDC, Northern District of California
*Corkerin, et al. v. Bristol-Myers Squibb, etc., et al.,* case no.:  3:12-cv-04803 EMC

BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE PLAVIX® PRODUCT LIABILITY AND MARKETING LITIGATION | ) ) ) ) ) ) ) ) | MDL DOCKET NO. 2418 |

PROOF OF SERVICE

I hereby certify that a copy of the NOTICE OF APPEARANCE and this Certificate of

Service was served by First Class Mail or Electronic Mail on October 24, 2012, to the following:

*United States District Court Clerks*

United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Clerk of the Court
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Clerk of the Court
United States District Court for the Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

Clerk of the Court
United States District Court for the Northern District of Iowa
320 Sixth Street
Sioux City, IA 51101

Clerk of the Court
United States District Court for Western District of Louisiana
U.S. Courthouse
Suite 2100
800 Lafayette Street
Lafayette, Louisiana 70501

Clerk of the Court
United States District Court Northern District of Mississippi
Thomas G. Abernathy Federal Building
30 I W. Commerce SI.
P.O. Box 704
Aberdeen, MS 39730

Clerk of the Court
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

Clerk of the Court
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Clerk of the Court
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Clerk of the Court
United States District Court for the Eastern District of Pennsylvania
60 I Market Street
Philadelphia, PA 19106-1797

Clerk of the Court
United States District Court for the Southern District of West Virginia
Sidney L. Christie Federal Building
845 Fifth Avenue
Huntington, WV 25701-2014

*Counsel for Plaintiffs Sandra L. Kinney et al., Bennie Burman et al., James T. Aiken et at.*
*Northern District of California, Case Nos. 3:12-cv-04477, 3:12-cv-004478, 3:12-cv-05208*

Hunter J. Shkolnik
Kelly A. McMeekin
NAPOLI BERN RIPKA SHKOLNIK &
ASSOCIATES LLP
525 S. Douglas St., Suite 260
El Segundo, CA 90245
hunter@napolibern.com
krncrneekin@napolibern.com

*Nominal Defendants Dorothy Swain, Lois Hamblin, Robert Flowers, Richard Halliburton,*
*Jessie Horner, Jr., Stephanie Johnson, Robert Horner, Ricky Horner, Chris Horner, Daniel*
*Lockhart, Matt Lockhart, David Whitman Jr., Davena Whitham-Baldus, Alfred Crudele, Jr.,*
*Craig Sudduth, Glen Sudduth, Cary Sudduth, Melissa McDivitt, Brian K. McDivitt, Briann J.*
*Ferdon, Jonathan Kessler, Robbin Elder, and Joy Shelton*
*Northern District of California, Case Nos. 3:12-cv-04477, 3:12-cv-004478, 3:12-cv-05208*

<u>*Nominal Defendants Case No. 3:12-cv-04477*</u>

Dorothy Swain
1340 Mayfield Metropolis Road
Paducah, KY 42001-8774
Email address unknown

Lois Hamblin
5265 US Highway 62
Calvert City, KY 42029
Email address unknown

Robert Flowers
40 I Elderberry Drive
Clarksville, TN 37403
Email address unknown

Richard Halliburton
2694 FM 3247
Orange, TX 77632-9228
Email address unknown

Jesse Homer, Jr.
2080 Bloom Furnace Road, Unit A
South Webster, OH 45682-9072
Email address unknown

Stephanie Johnson
770 Sugar Camp Jackson Fork Road
South Webster, OH 45862-9033
Stephanie10161960@yahoo.com

Robert Homer
770 Suger Camp Jackson Fork Road
South Webster, OH 45682-9033
Email address unknown

Ricky Homer
802 Sugar Camp Jackson Fork Road
South Webster, OH 45682-9033
Email address unknown

Christopher Homer
838 Sugar Camp Jackson Fork Road
South Webster, OH 45682-9033
Email address unknown

Daniel Lockhart
607C Hooker Street
Bunker Hill, NJ 62014-1474
Email address unknown

Matt Lockhart
903 Locust Street,
Carrollton IL 62016-1227
Email address unknown

David Whitham, Jr.
9731 Dunkelow Road
Franksville, WI 53126-9509
Email address unknown

Davena Whitman-Boldis
6315 48th St.
Kenosha, WI 53144-1727
Email address unknown

*Nominal Defendants Case No.3: 12-cv-004478*

Alfred Crudele, Jr.
13 Cory Lane
Newburgh, NY 12550-2671
Email address unknown

Craig Sudduth
150 Northwood Road
Frankfort, KY 40601
Email address unknown

Glen Sudduth
114 Pinehurst Drive
Frankfort, KY 40601-4233
Email address unknown

Cary Sudduth
1012 Palisades Drive
Frankfort, KY 40601-2635
Email address unknown

Melissa McDivitt
PO Box 33
Pershing, IN 47370-0033
Email address unknown

Brian K. McDivitt
15 S 3rd Street
Cambridge City, IN 47327-1603
Email address unknown

Briann J. Ferdon
4620 W. Allentown Road
Connersville, IN 47331-8646
Email address unknown

*Nominal Defendants Case No. 3:12-cv-05208*

Jonathan Brian Kessler
35 Cairns Place
Belle Mead, NJ 08502-5414
Email address unknown

Robbin Elder
40257 Aerovilla Road
Perham, MN 56573-8628
Email address unknown

Joy Shelton
P.O. Box 1511
Bloomfield, NM 87413-1511
Email address unknown

### *Counsel for Defendant Bristol-Myers Squibb Company*
### *Case Nos. 3:12-cv-04477, 3:12-cv-004478, 3: 12-cv-05208*

Jeremy Michael McLaughlin
Michael J. Baker
Arnold & Porter LLP
Thee Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
jeremy.mclaughlin@aporter.com
michael.baker@aporter.com

Maurice Abraham Leiter
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
maurice.leiter@aporter.com

### *Defendant McKesson Corporation*
### *Northern District of California, Case Nos. 3:12-cv-04477, 3:12-cv-004478, 3:12-cv-04615, 3:12-cv-04616, 3:12-cv-04617, 3:12-cv-04619, 3:12-cv-04633, 3:12-cv-04641, 3:12-cv-04642, 3:12-cv-04803, 3:12-cv-05208*

McKesson Corporation
The Prentice Hall Corporation Systems, Inc.
2730 Gateway Oaks Dr. Suite 100
Sacramento, CA 95833

Pavan L. Rasati
Jenkins, Goodman, & Neuman
417 Montgomery Street, l0th Floor
San Francisco, CA 94104
prosati@jgn,com
*Case No. 3:12-cv-04803*

*Counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S, LLC, Sanofi-Aventis U.S., Inc., and Sanofi-Synthelabo Inc,*
*Northern District of California, Case Nos. 3:12-cv-04615, 3:12-cv-04616, 3:12-cv-04617, 3:12-cv-04619, 3:12-cv-04633, 3:12-cv-04641, 3:12-cv-04642, 3:12-cv-12-04803*

Jeremy Michael McLaughlin
Michael J. Baker
Arnold & Porter LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024
jeremy.mc1aughlin@aporter.com
michael.baker@aporter.com

Maurice Abraham Leiter
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
maurice.leiter@aporter.com

*Counsel for Theresa A. Evans et al.*
*District Court for the Northern District of Illinois, Case No. 1:12-cv-05005*

Nicholas R. Famolo
NAPOLI BERN RIPKA SHKOLNIK LLP
241 North Main Street
Edwardsville. IL 62025
nfamolo@napolibern.com

Hunter Jay Shkolnik
Steven M. Aroesty
NAPOLI BERN RIPKA SHKOLNIK LLP
350 Fifth Avenue #7413
New York, NY 10018
hunter@napolibern.com
saroesty@napolibem.com

*Counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi-Aventis,*
*U.S., Inc., and Sanofi-Synthelabo Inc.*
*District Court for the Northern District of Illinois, Case No. 1:12-cv-05005*

Anand Agneshwar
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022,
anand.agneshwar@aporter.com

Sarah Christina Duncan
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20004
sarah.duncan@aporter.com

Daniel Adam Spira
Sara J. Gourley
Tamar B Kelber
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
dspira@sidley.com

*Counsel for United States of America; The Commonwealths of Massachusetts and Virginia,*
*The states of California, Delaware, Connecticut, Maryland, Colorado, Florida, Georgia,*
*Illinois, Indiana, Hawaii, Michigan, Montana, New Hampshire, New Mexico, New York,*
*Nevada, Tennessee, Texas, New Jersey, Rhode Island, Oklahoma, Wisconsin, North Carolina,*
*And Minnesota, the City of Chicago, the District of Columbia ex. rel, Elisa Dickson, Relator*
*District Court for the Southern District of Illinois Case No.3: 11-cv-00246*

Christopher Cueto
Law Offices of Christopher Cueto, Ltd.
7110 West Main Street
Belleville, IL 62223
ccueto@cueto.aw.com

Gerald M. Burke
Assistant U.S. Attorney-Fairview Heights
9 Executive Drive
Suite 300
Fairview Heights, IL 62208
gerald.burke@usdoj.gov

*Counsel for Defendants Bristol Myers Squibb Company, Sanofi-Aventis U.S., L.L.C., Sanofi-Aventis U.S., Inc. and Sanofi-Synthelabo, Inc.*
*District Court for the Southern District of Illinois Case No. 3:11-cv-00246*

Larry E. Hepler
W. Jason Rankin
Hepler Broom LLC
130 North Main Street
Post Office Box 510
Edwardsville, IL 62025-0510
Larry.Hepler@heplerbroom.com
Jason.Rankin@heplerbroom.com

*Counsel for Raymond Snyder and Darlene Snyder*
*District Court for the Northern District of Iowa Western Division, Case No, 5: 12-cv-04091*

Steve Hamilton
Hamilton Law Firm, P,C.
P.O. Box 188
606 Ontario Street
Storm Lake, Iowa 50588
steve@hamilton1awfirmpc.com

*Counsel for Defendants Sanofi Pasteur Inc, ER Squibb and Sons, LLC a/k/a Bristol-Myers Squibb*

John C Gray
Heidman Redmond Fredregill Patterson
Plaza Dykstra & Prahl
1128 Historic 4th Street
PO Box 3086
Sioux City, IA 511 02
john.gray@heidmanlaw.com .

*Counsel for Rita Touriac, Walter Oliver, Anna Martin, Janice Olivier, Cheri Olivier, Joseph Oliver, Mary D. Olivier, and Calvin Oliver O/B/O Mary O. Oliver*
*Western District of Louisiana, Case No .6:12 -cv-01785*

R. Brent Cueria
Cueria Law Firm, L.L.C.
700 Camp Street, Suite 316
New Orleans, LA 70130
RBCueria@aol.com

Douglas R. Plymale
Plymale Law Firm
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
drplymale@plymalelawfirm.com

*Counsel for Bristol-Myers Squibb, Sanofi-Aventis U.S. LLG, and Sanofi US Services Inc.*
*Western District of Louisiana, Case No. 6:12-cv-01785*

Thomas R. Juneau
Mason Cire Johnson
Juneau David
P a Drawer 51268
Lafayette, LA 70505-1268
trj@juneaudavid.com
mcj@juneaudavid.com

Joel R. Rohlf
Paige H. Sharp
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20004
Joel.rohlf@aporter.com
paige.sharp@aporter.com

*Counsel for Defendants Kasey Chenevert and Iberia Medical Center Foundation*
*Western District of Louisiana, Case No. 6:12-cv-01785*

Iberia Medical Center Foundation

Chris J. LeBlanc
Watson, Blanche, Wilson & Posner
505 North Boulevard·
Post Office Box 2995
Baton Rouge, LA 70821-2995
Email address unknown

Kasey Chenevert
Richard S. Crisler
Bradley Murchison Kelly & Shea LLC
1100 Poydras Street, Suite 2700
New Orleans, LA 70163-2700
rcrisler@bradleyfirm.com

*Counsel for Jim Hood, Attorney General of the State of Mississippi, ex rel. The State of Mississippi*
*District Court Northern District of Mississippi, Case No. 1:12-cv-00179*

Fletcher V. Trammell
Robert W. Cowan
BAILEY PERRIN BAILEY PLLC
The Lyric Center
440 Louisiana Street, Suite 2100
Houston, TX 77002
fuammell@bpblaw.com
rcowan@bpblaw.com

Meredith M. Aldridge
Office of the Attorney General
P.O. Box 220
550 High Street, Suite 1200
Jackson, MS 39205-0220
maldr@ago.state.ms.us

W. Howard Gunn
W. HOWARD GUNN & ASSOC.
P.O. Box 157
Aberdeen, MS 39730-0157
whgunn@bellsouth.net

*Counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. L.L.C., Sanofi-Aventis, U.S., Inc., and Sanofi-Synthelabo, Inc.*
*District Court Northern District of Mississippi, Case No. 1:12-cv-00179*

John Adams Crawford, Jr.
Patrick Ryan Beckett
Orlando Rodriquez Richmond, Sr.
William M. Gage
BUTLER, SNOW, O'MARA, STEVENS, & CANADA
1020 Highland Colony Parkway Suite 1400
Ridgeland, MS 39157
jack.crawford@butlersnow.com
ryan.beckett@butlersnow.com
william.gage@butlerson.com
orlando.richmond@butlersnow.com

John G. Wheeler
MITCHELL, MCNUTT, & SAMS
P.O. Box 7120
Tupelo, MS 38802-7120
jwheeler@mitchellmcnutt.com

*Counsel for Eloise LaBarre, Patricia Begley, Dempsey Eugene Cooper, Julie Carr-Davis,*
*Ronald W. Solomon*
*District of New Jersey, Case Nos. 3:06-cv-6050, 3:06-cv-06051, 3:07-cv-00885, 3:07-cv-01098,*
*3:07-cv-0ll02*

Nathan Daniel Cromley
Tayjes Matthew Shah
Michael Miller
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 2960
ncromley@millerfirmllc.com
tshah@millerfirmllc.com
www.millerfirmllc.com

*Counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi-*
*Aventis*
*U.S., Inc., and Sanofi-Synthelabo, Inc.*
*District of New Jersey, Case Nos. 3:06-cv-6050, 3:06-cv-06051, 3:07-cv-00885, 3:07-cv-01098,*
*3:07-cv-01102*

David L. Harris
Monica Nicole Kamison
James A. Long
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
dharris@lowenstein.com
mkamison@lowenstein.com
jlong@lowenstein.com

*Pro Se Plaintiffs Sharon Mattson, Gwendolyn Newell, and James Crowe*
*District of New Jersey, Case Nos. 3:07-cv-00908, 3:07-cv-01184, and 3:11-cv-06551*

Ms. Sharon Mattson
2040 So. Dora Street #4
Ukiah, CA 95482
Email address unknown

Gwendolyn Newell
7276 Wright Ave.
Oakwood Village, OH 44146
Email address unknown

Mr. James Crowe
14007 Sandy Court, Apt. A
Tampa, FL 33613
Email address unknown

*Counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi-*
*Aventis U.S., Inc., and Sanofi-Synthelabo, Inc.*
*District of New Jersey, Case Nos. 3:07-cv-00908, 3:07-cv-01184, and 3:1J-cv-06551*

David L. Harris
Monica Nicole Kamison
James A. Long
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
dharris@lowenstein.com .
mkamison@lowenstein.com
jlong@lowenstein.com

*Counsel for Barbara A. Kennovin*
*District of New Jersey, Case No. 3:12-cv-05059*

Edward Harrington Heyburn
Law Offices of Edward Harrington Heyburn, P.C.
103 Carnegie Center Drive, Suite 300
Princeton, NJ 08540
Edward.heyburn@verizon.net

*Counsel for Defendants Bristol-Myers Squibb, Sanofi-Aventis, Sanofi US Services Inc., and Sanofi-Synthelabo, Inc.*
*District of New Jersey, Case No. 3:12-cv-05059*

Monica Nicole Kamison
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
mkamison@lowenstein.com

*Counsel for Marcella Chesney*
*Eastern District of New York, Case No. 1:11-cv-03246*

Daniel C. Burke
Fred R. Rosenthal
Gary P. Falkowitz
Jerrold S. Parker
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, N.Y. 11050
dburke@yourlawyer.com
frosenthal@yourlawyer.com
gfalkowitz@yourlawyer.com
jparker@yourlawyer.com

*Counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S., L.L. c., Sanofi-Aventis, U.S. Inc., Sanofi-Synthelabo, Inc.*
*Eastern District of New York, Case No. 1:J1-cv-03246*

Anand Agneshwar
Mark Anthony Kleyna
399 Park Avenue
New York, NY 10022
anand.agneshwar@aporter.com
mark.kleyna@aporter.com

*Counsel of Kenneth Petit, Herbert D. Santana, James B. McAleese, and James Burrows*
*Southern District of New York, Case Nos. 1:11-CV-05159, 1:11-CV-05165, 1:11-CV-05168,*
*1:11-CV-05212*

Daniel C. Burke
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, N.Y. 11050
dburke@yourlawyer.com

*Counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S., L.L. c., Sanofi-*
*Aventis, U.S. Inc., Sanofi-Synthelabo, Inc.*
*Southern District of New York, Case Nos. 1:11-CV-05159, 1:11-CV-05165, 1:11-CV-05168,*
*1:11-CV-05212*

Anand Agneshwar
Mark Anthony Kleyna
399 Park Avenue
New York, NY 10022
anand.agneshwar@aporter.com
rnark.kleyna@aporter.com

*Counsel for Judy Brown*
*District Court for the Eastern District of Pennsylvania, Case No 2:12-cv-00299*

W. Steve Bennan
NAPOLI BERN RIPKA SHKOLNIK, LLP
One Greentree Center, Suite 201
Marlton, NJ 08053
wsbennan@nkblaw.com

*Counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S L.L.G., Sanofi-*
*Aventis U.S., Inc., Sanofi-Synthelabo, Inc., and Sanofi-Pharmaceuticals, Inc.*
*District Court for the Eastern District of Pennsylvania, Case No 2: 12-cv-00299*

Erica Rae Cline
John P. Lavelle, Jr.
Morgan Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103
ecline@morganlewis.com
jlayelle@morganlewis.com

Paige H. Sharp
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20004
paige.sharp@aporter.com

*Counsel for Derotha Little*
*District Court for the Eastern District of Pennsylvania, Case No 2: 12-cv-00514*

W. Steve Berman
NAPOLI BERN RIPKA SHKOLNIK, LLP
One Greentree Center, Suite 201
Marlton, NJ 08053
wsberman@nkb1aw.com

Christopher R. Lopalo
NAPOLI BERN RIPKA SHKOLNIK, LLP
3500 Sunrise Highway
Suite T-207
Great River, NY 11739
c1opalo@napolibern.com

*Counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S L.L.C., Sanofi-*
*Aventis U.S., Inc., Sanofi-Synthelabo, Inc., and Sanofi-Pharmaceuticals, Inc.*
*District Court for the Eastern District of Pennsylvania, Case No 2: 12-cv-00514*

Erica Rae Cline
John P. Lavelle, Jr.
Morgan Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103
ecline@morganlewis.com
jlayelle@morganlewis.com

Paige H. Sharp
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20004
paige.sharp@aporter.com

*Counsel for Employer Teamsters-Local Nos. 1751505 Health and Welfare Trust Fund; and International Brotherhood of Teamsters-Voluntary Employee Benefits Trust District Court for the Southern District of West Virginia, Case No. 3:12-cv-00587*

Brian S. Glasser, Esquire
John W. Barrett, Esquire
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
bglasser@baileyglasser.com
jbarrett@baileyglasser.com

Michael L Murphy, Esquire
BAILEY & GLASSER LLP
910 17th Street, NW
Washington, DC 20006
mmurphy@baileyglasser.com

Michael J. Del Giudice, Esquire
CICCARELLO, DEL GIUDICE & LAFON
1219 Virginia Street E., Suite 100
Charleston, WV 25301
mikedel@ntelos.net

Garrett W. Wotkyns, Esquire
SCHNEIDERW ALLACE COTTRELL
BRAYTON KONECKY LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, AZ 85253
Telephone: (480) 428-0144
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com

Joseph Peiffer, Esquire
FISHMAN HAYGOOD PHELPS
WALMSLEY WILLIS & SWANSON, LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
jpeiffer@fishmanhaygood.com

Pete Schneider, Esquire
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
3700 Buffalo Speedway
Houston, TX 77098 .
pschneider@schneiderwallace.ccim

Peter Mougey, Esquire
James Kauffmao, Esquire
LEVIN PAPANTONIO THOMAS
MITCHELL RAFFERTY & PROCTOR, P.A.
316 So. Baylen Street, Suite 600
Pensacola, FL 32502
pmougey@levinlaw.com
jkauffmao@levinlaw.com

Adam B. Wolf, Esquire
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94109
awolf@schneiderwallace.com

Heath Novosad, Esquire
Ralph D. McBride, Esquire
BRACEWELL & GIULIANI
711 Louisiana Street, Suite 2300
Houston, TX 77002
heath.novosad@bgllp.com
ralph.mcbride@bgllp.com

*Counsel for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S., L.L. C. and*
*Sanofi-Aventis U.S., Inc.*
*District Court for the Southern District of West Virginia, Case No.3: 12-cv-00587*

Erik W. Legg
Michael J. Farrell
FARRELL WHITE & LEGG
P.O. Box 6457
Huntington, WV 25772-6457
EWL@farre1l3.com
mjf@farre1l3.com

Drew A. Harker
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20004
drew.harker@aporter.com

Dated:  October 24, 2012                    Respectfully submitted,


                                        /s/ Mark E. Burton, Jr.
                                    Mark E. Burton, Jr.  (CA SBN 178400)
                                    Hersh & Hersh, A Professional Corporation
                                    601 Van Ness Avenue, Suite 2080
                                    San Francisco, CA 94102
                                    415-441-554
                                    fax:  415-441-7586
                                    Attorneys for Plaintiffs